

**FEDERAL PUBLIC DEFENDER**
**CENTRAL DISTRICT OF ILLINOIS**

Respond to: **Urbana Office**

12/18/2024

Mr. Christopher G. Conway, Clerk
United States Court of Appeals
219 South Dearborn Street
Chicago, Illinois 60604

**RE:** **United States of America v. Deandre Maxwell**
   **Central District of Illinois, Case No. 2:21-CR-20061**
   **Seventh Circuit Court of Appeals, Case No. 23-2910**

Dear Mr. Conway:

I am writing this letter pursuant to Circuit Rule 34(b)(3) to request that the Court not schedule oral argument in this case on February 12, 13, or 14, as I will be unavailable on those dates.

Sincerely,

 /s/ Michael Will Roy
Michael Will Roy
Assistant Federal Public Defender
Email: Michael_Roy@fd.org

| ASSISTANT DEFENDERS | | FEDERAL PUBLIC DEFENDER | OFFICES | |
|---|---|---|---|---|
| Karl Bryning | Daniel Hillis | Thomas W. Patton | 401 Main St., Suite 1500 | 600 E. Adams St., 3rd Floor |
| Johanna Christiansen | Elliot Louthen | | Peoria, IL 61602 | Springfield, IL 62701 |
| Jessica Douglas | Colleen Ramais | | (309) 671-7891 | (217) 492-5070 |
| Thomas Drysdale | Michael Roy | | | |
| Terry Frederick | Robert Scherschligt | | 1515 4th Ave., Suite 201 | 300 W. Main Street |
| | | www.ilc.fd.org | Rock Island, IL 61201 | Urbana, IL 61801 |
| | | | (309) 948-7190 | (217) 373-0666 |