# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 17, 2025

Before
THOMAS L. KIRSCH II, *Circuit Judge*

|  | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee |
|---|---|
| No. 23-2910 | v. |
|  | DEANDRE T. MAXWELL,<br>Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 2:21-cr-20061-CSB-EIL-2<br>Central District of Illinois<br>District Judge Colin S. Bruce ||

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING**, filed on July 16, 2025, by counsel for the appellant,

**IT IS ORDERED** that the motion for an extension of time is **GRANTED**. Maxwell's petition for rehearing, if any, is due on or before August 13, 2025.

form name: **c7_Order_3J**   (form ID: **177**)